ERIC GRANT
United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-cr-00164-JAM |
|---|---|
| Plaintiff, | **FIRST STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | |
| JAMES CARGILL, | DATE: October 7, 2025 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. JOHN A. MENDEZ |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 7, 2025.

2. By this stipulation, the parties now move to continue the status conference until **November 04, 2025, at 09:00 a.m.** Defendant also moves to exclude time between October 7, 2025, and November 4, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes police reports, witness statements, subpoena returns, several hours of video and audio footage, physical evidence, and the extracted contents of electronic devices. All of this discovery has been either produced directly to counsel and/or made available for inspection.

    b)  Counsel for defendant desires additional time to consult with his client, review discovery, and research and consider potential future motions.

    c)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)  The government does not object to the continuance.

    e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 7, 2025 to February 10, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated: October 1, 2025        ERIC GRANT
                  United States Attorney

                  /s/ CHARLES CAMPBELL
                  CHARLES CAMPBELL
                  Assistant United States Attorney

Dated: October 1, 2025        /s/ DOUG BEEVERS
                  DOUG BEEVERS
                  Counsel for Defendant
                  JAMES CARGILL

**ORDER**

IT IS SO ORDERED.

Dated: October 01, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE