```
ERIC GRANT
United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>JAMES CARGILL,<br><br>            Defendant. | CASE NO. 2:25-cr-00164-JAM<br><br>**STIPULATION AND ORDER**<br><br>DATE: November 4, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant James Cargill, by and through defendant's counsel of record, hereby stipulate as follows:

1. This case is currently set for a status conference on November 4, 2025. ECF No. 15.

2. On September 30, 2025, the defendant filed a Motion to Suppress. ECF No. 13. This motion requested that a hearing be set for November 4, 2025.

3. On October 7, 2025, the Government filed its Opposition to the Motion to Suppress. ECF No. 16.

4. On October 8, 2025, the defendant filed a second Motion to Suppress. ECF. No. 18. This motion was also set for hearing on November 4, 2025.

5. The parties request that the Court **extend the briefing schedule** on defendant's second Motion to Suppress, ECF No. 18, as follows:

      a. Government's Opposition Due:   **October 24, 2025**

      b. Defendant's Reply Due:   **October 28, 2025**

6. The parties also request that this Court **move and continue** both the **status conference and the hearings for defendant's suppression motions** to **November 18, 2025, at 9:00 a.m.** This extension will provide additional time for the Government to review legal and factual issues raised in defendant's second Motion to Suppress.  This extension will also provide additional time for the Court to review the relevant filings and attachments.

IT IS SO STIPULATED.

Dated:  October 24, 2025

    ERIC GRANT
    United States Attorney

    /s/ CHARLES CAMPBELL
    CHARLES CAMPBELL
    Assistant United States Attorney

Dated:  October 24, 2025

    /s/ DOUGLAS BEEVERS
    DOUGLAS BEEVERS
    Counsel for Defendant
    JAMES CARGILL

## ORDER

IT IS SO ORDERED.

Dated:  October 27, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE