ERIC GRANT
United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>JAMES CARGILL,<br><br>                              Defendant. | CASE NO.  2:25-cr-00164-JAM<br><br>**STIPULATION AND ORDER ADVANCING SENTENCING HEARING**<br><br>DATE: June 2, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant James Cargill, by and through defendant's counsel of record, hereby stipulate as follows:

1.  This case is currently set for a sentencing hearing on June 2, 2026. Dkt. No. 29.

2.  The draft Pre-Sentence Report was released on April 21, 2026.  Dkt. No. 30.

3.  The parties have consulted with the assigned Probation Officer and respectfully request that the sentencing hearing be advanced to May 19, 2026, at 9:00 AM.  All parties are available to proceed on that date.

4.  The Probation Officer has advised that the final PSR will be released in advance, so that the parties can file their sentencing memoranda by the Court's deadline.

//

//

STIPULATION AND PROPOSED ORDER

1

IT IS SO STIPULATED.


Dated:  May 5, 2026

ERIC GRANT
United States Attorney


/s/ CHARLES CAMPBELL
CHARLES CAMPBELL
Assistant United States Attorney


Dated:  May 5, 2026

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Counsel for Defendant
JAMES CARGILL


## ORDER

Based on the stipulation of the parties, the sentencing hearing currently set for June 02, 2026, is **ADVANCED** to **May 19, 2026, at 9:00 a.m.**, in Courtroom 6, before Senior District Judge John A. Mendez.

**IT IS SO ORDERED**.

Dated: May 06, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER

2