HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES CARGILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00164-JAM |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S REQUEST TO FILE EXHIBIT A UNDER SEAL** |
| v. | |
| JAMES CARGILL, | Judge: Hon. John A. Mendez |
| Defendant. | |

**IT IS HEREBY ORDERED** that Defendant JAMES CARGILL's Exhibit A to his

Sentencing Memorandum shall be **SEALED** until further order of this Court.


Dated: May 14, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

*United States v. Cargill*, Case No. 2:25-cr-0164

1